People v Townsend (2024 NY Slip Op 06309)

People v Townsend

2024 NY Slip Op 06309

Decided on December 17, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 17, 2024

Before: Kern, J.P., Singh, González, Kennedy, Higgitt, JJ. 

Ind. No. 00274/20 Appeal No. 3267 Case No. 2022-03404 

[*1]The People of the State of New York, Respondent,
v
Kenneth Townsend, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Nkechi N. Erondu of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Anna Notchick of counsel), for respondent.

Order, Supreme Court, New York County (Neil E. Ross, J.), entered on or about July 11, 2022, which adjudicated defendant a level two sexually violent and predicate sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The record supports the court's discretionary upward departure to a level two sex offender adjudication (see People v Gillotti, 23 NY3d 841, 861-862 [2014]). The People sustained their burden of identifying and proving aggravating factors that were not adequately taken into account by the risk assessment instrument and that tended to establish a higher likelihood of re-offense or danger to the community. Defendant had a prior sex offender level two adjudication, prior misdemeanor convictions, and committed the present offense not long after his release (see e.g. People v Gonzalez, 209 AD3d 544 [1st Dept 2022], lv denied 39 NY3d 908 [2023]; People v Cruz, 182 AD3d 415 [1st Dept 2020], lv denied 35 NY3d 914 [2020]; People v Taylor, 154 AD3d 524 [1st Dept 2017], lv denied 30 NY3d 909 [2018]).
Defendant's pattern of offending behavior indicated a significant risk of recidivism, which was not outweighed by the mitigating factors he cites, including his efforts at rehabilitation and his progress in sex offender treatment (see People v Rosario, 216 AD3d 601 [1st Dept 2023]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 17, 2024